# EXHIBIT B-8

COMPANY: State Farm

CLAIM # 53-119H-310

INSURED: Victor Ramirez
ADDRESS: 9049 W. 8 Mile Rd.
Mission, Texas 78574

## AWARD

We, the undersigned, pursuant to the within appointment, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned determined and do hereby award as the Actual Cash Value and the Replacement Cost Value of said property damaged by Wind / Hail

| Item | Dwelling | $17,274.02 |
| --- | --- | --- |
| Item | Other Structures | NA |
| Item | | |
| Item | | |
| Item | | |

ACTUAL CASH VALUE _____ $15,220.18

TOTAL AMOUNT OF LOSS  $17,274.02

SPECIAL PROVISIONS:
1. Subject to policy provisions and deductible
2. Less any previous payments per this claim
3. Policy coverage to be addressed by others

Witness our hands this  25th  day of January ,  2016.

Shannon Cook _____ APPRAISER

Darrell Edwards _____ APPRAISER

Cecil Parker _____ UMPIRE

## Cecil Parker

Insured:  Victor Ramirez
Property:  9049 W. 8 Mile
Mission, TX 78574

Estimator:  Cecil Parker

**Claim Number:** 53-119H-310          **Policy Number:** 83-07-1013-3          **Type of Loss:** Hail

Date of Loss:  4/20/2012                Date Received:
Date Inspected:  12/27/2015             Date Entered:  1/25/2016

Price List:  TXMC8X_JAN16
Restoration/Service/Remodel
Estimate:  53-119H-310

Cecil Parker

### 029005-RAMIREZ

### Exterior Damage

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 27.23 SQ | 47.24 | 0.00 | 257.28 | 1,543.63 | (0.00) | 1,543.63 |
| 2.  3 tab - 25 yr. - composition shingle roofing - incl. felt | 31.33 SQ | 156.72 | 213.03 | 1,024.60 | 6,147.67 | (1,227.51) | 4,920.16 |
| 3.  Remove Additional charge for steep roof - 7/12 to 9/12 slope | 13.59 SQ | 8.60 | 0.00 | 23.38 | 140.25 | (0.00) | 140.25 |
| 4.  Additional charge for steep roof - 7/12 to 9/12 slope | 13.59 SQ | 26.38 | 0.00 | 71.70 | 430.20 | (0.00) | 430.20 |
| 5.  Remove Additional charge for high roof (2 stories or greater) | 13.59 SQ | 3.25 | 0.00 | 8.84 | 53.01 | (0.00) | 53.01 |
| 6.  Additional charge for high roof (2 stories or greater) | 13.59 SQ | 13.37 | 0.00 | 36.34 | 218.04 | (0.00) | 218.04 |
| 7.  Remove Roll roofing | 1.68 SQ | 27.04 | 0.00 | 9.08 | 54.51 | (0.00) | 54.51 |
| 8.  Roll roofing | 2.30 SQ | 73.28 | 9.39 | 35.58 | 213.51 | (42.14) | 171.37 |
| 9.  Asphalt starter - universal starter course | 308.00 LF | 1.31 | 12.45 | 83.20 | 499.13 | (100.87) | 398.26 |
| 10.  R&R Drip edge | 308.00 LF | 1.68 | 16.01 | 106.70 | 640.15 | (113.19) | 526.96 |
| 11.  R&R Roof vent - turtle type - Metal | 3.00 EA | 43.09 | 3.71 | 26.60 | 159.58 | (28.18) | 131.40 |
| 12.  R&R Continuous ridge vent - aluminum | 30.00 LF | 6.10 | 6.93 | 37.98 | 227.91 | (41.85) | 186.06 |
| 13.  R&R Flashing - pipe jack | 2.00 EA | 29.65 | 1.42 | 12.14 | 72.86 | (12.66) | 60.20 |
| 14.  R&R Flashing, 20" wide | 28.00 LF | 3.07 | 3.14 | 17.82 | 106.92 | (18.90) | 88.02 |
| 15.  Detach & Reset Digital satellite system with one receiver | 1.00 EA | 22.30 | 0.00 | 4.46 | 26.76 | (0.00) | 26.76 |
| 16.  Digital satellite system - alignment and calibration only | 1.00 EA | 66.89 | 0.00 | 13.38 | 80.27 | (0.00) | 80.27 |
| **Totals:  Roof** | | | **266.08** | **1,769.08** | **10,614.40** | **1,585.30** | **9,029.10** |

#### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  R&R Rural mailbox | 1.00 EA | 44.07 | 2.03 | 9.22 | 55.32 | (7.89) | 47.43 |
| 18.  Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 112.25 | 0.00 | 22.46 | 134.71 | (22.45) | 112.26 |
| 19.  R&R Glazing bead - Vinyl | 6.00 LF | 1.45 | 0.29 | 1.80 | 10.79 | (1.49) | 9.30 |
| **Totals:  Front Elevation** | | | **2.32** | **33.48** | **200.82** | **31.83** | **168.99** |

#### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 53-119H-310 | | | | | | 1/25/2016 | Page: 2 |

**Cecil Parker**

---

### CONTINUED - Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20. Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 112.25 | 0.00 | 22.46 | 134.71 | (22.45) | 112.26 |
| 21. R&R Gutter / downspout - aluminum - up to 5" | 29.00 LF | 4.99 | 4.64 | 29.86 | 179.21 | (27.14) | 152.07 |
| **Totals: Right Elevation** | | | **4.64** | **52.32** | **313.92** | **49.59** | **264.33** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22. Reglaze window, 1 - 9 sf | 1.00 EA | 65.11 | 3.27 | 13.68 | 82.06 | (13.02) | 69.04 |
| 23. R&R Window screen, 10 - 16 SF | 2.00 EA | 46.63 | 6.77 | 20.00 | 120.03 | (17.72) | 102.31 |
| **Totals: Rear Elevation** | | | **10.04** | **33.68** | **202.09** | **30.74** | **171.35** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 112.25 | 0.00 | 22.46 | 134.71 | (22.45) | 112.26 |
| 25. R&R Glazing bead - Vinyl | 9.00 LF | 1.45 | 0.43 | 2.70 | 16.18 | (2.23) | 13.95 |
| 26. R&R Window screen, 10 - 16 SF | 2.00 EA | 46.63 | 6.77 | 20.00 | 120.03 | (17.72) | 102.31 |
| **Totals: Left Elevation** | | | **7.20** | **45.16** | **270.92** | **42.40** | **228.52** |
| **Total: Exterior Damage** | | | **290.28** | **1,933.72** | **11,602.15** | **1,739.86** | **9,862.29** |

### Interior Damage



**Master Bedroom**                                                           **Height: 8'**

| | |
|---|---|
| 686.67 SF Walls | 365.81 SF Ceiling |
| 1052.47 SF Walls & Ceiling | 365.81 SF Floor |
| 40.65 SY Flooring | 85.83 LF Floor Perimeter |
| 85.83 LF Ceil. Perimeter | |

**Cecil Parker**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. Drywall patch / small repair, ready for paint | 1.00 EA | 41.71 | 0.19 | 8.38 | 50.28 | (0.00) | 50.28 |
| 28. Apply plant-based anti-microbial agent | 4.00 SF | 0.18 | 0.08 | 0.14 | 0.94 | (0.14) | 0.80 |
| 29. R&R Acoustic ceiling (popcorn) texture | 365.81 SF | 0.93 | 1.81 | 68.40 | 410.41 | (46.82) | 363.59 |
| 30. Paint the ceiling - one coat | 365.81 SF | 0.47 | 3.32 | 35.04 | 210.29 | (34.39) | 175.90 |
| 31. Scrape part of the walls & prep for paint | 343.33 SF | 0.44 | 0.28 | 30.28 | 181.63 | (0.00) | 181.63 |
| 32. Seal part of the walls shellac - one coat | 343.33 SF | 0.51 | 3.40 | 35.70 | 214.20 | (35.02) | 179.18 |
| 33. Apply plant-based anti-microbial agent | 343.33 SF | 0.18 | 7.36 | 12.58 | 81.74 | (0.00) | 81.74 |
| 34. Texture drywall - light hand texture | 343.33 SF | 0.35 | 1.13 | 24.26 | 145.56 | (24.03) | 121.53 |
| 35. Mask and prep for paint - tape only (per LF) | 171.67 LF | 0.41 | 0.57 | 14.20 | 85.15 | (0.00) | 85.15 |
| 36. Paint the walls - two coats | 686.67 SF | 0.68 | 10.76 | 95.54 | 573.24 | (93.39) | 479.85 |
| 37. Content Manipulation charge - per hour | 4.00 HR | 26.13 | 0.00 | 20.90 | 125.42 | (0.00) | 125.42 |
| 38. Floor protection - self-adhesive plastic film | 365.81 SF | 0.47 | 3.92 | 35.16 | 211.01 | (0.00) | 211.01 |
| 39. Detach & Reset Ceiling fan & light | 2.00 EA | 124.36 | 0.00 | 49.74 | 298.46 | (0.00) | 298.46 |
| 40. Window drapery - hardware - Detach & reset | 3.00 EA | 22.39 | 0.00 | 13.44 | 80.61 | (0.00) | 80.61 |
| 41. Remove and rehang drapery - per hour | 1.00 HR | 40.85 | 4.04 | 8.18 | 53.07 | (0.00) | 53.07 |
| 42. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 22.39 | 0.00 | 8.96 | 53.74 | (0.00) | 53.74 |
| 43. Remove Security system - motion detector | 1.00 EA | 13.89 | 0.00 | 2.78 | 16.67 | (0.00) | 16.67 |
| 44. (Install) Security system - motion detector | 1.00 EA | 52.82 | 0.00 | 10.56 | 63.38 | (0.00) | 63.38 |
| 45. Clean floor - tile | 365.81 SF | 0.42 | 16.87 | 31.02 | 201.53 | (0.00) | 201.53 |
| **Totals: Master Bedroom** | | | **53.73** | **505.26** | **3,057.33** | **233.79** | **2,823.54** |



**Upstairs Bedroom**                                                           **Height: 8'**

| 448.00 SF Walls | 195.00 SF Ceiling |
|---|---|
| 643.00 SF Walls & Ceiling | 195.00 SF Floor |
| 21.67 SY Flooring | 56.00 LF Floor Perimeter |
| 56.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Scrape part of the walls & prep for paint | 112.00 SF | 0.44 | 0.09 | 9.88 | 59.25 | (0.00) | 59.25 |
| 47. Seal part of the walls shellac - one coat | 112.00 SF | 0.51 | 1.11 | 11.64 | 69.87 | (11.42) | 58.45 |
| 48. Apply plant-based anti-microbial agent | 112.00 SF | 0.18 | 2.40 | 4.12 | 26.68 | (0.00) | 26.68 |
| 49. Texture drywall - light hand texture | 112.00 SF | 0.35 | 0.37 | 7.92 | 47.49 | (7.84) | 39.65 |
| 50. Mask and prep for paint - tape only (per LF) | 112.00 LF | 0.41 | 0.37 | 9.26 | 55.55 | (0.00) | 55.55 |

Cecil Parker

## CONTINUED – Upstairs Bedroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Paint the walls - two coats | 448.00 SF | 0.68 | 7.02 | 62.32 | 373.98 | (60.93) | 313.05 |
| 52. Content Manipulation charge - per hour | 3.00 HR | 26.13 | 0.00 | 15.68 | 94.07 | (0.00) | 94.07 |
| 53. Floor protection - self-adhesive plastic film | 195.00 SF | 0.47 | 2.09 | 18.76 | 112.50 | (0.00) | 112.50 |
| 54. Window drapery - hardware - Detach & reset | 3.00 EA | 22.39 | 0.00 | 13.44 | 80.61 | (0.00) | 80.61 |
| 55. Remove and rehang drapery - per hour | 1.00 HR | 40.85 | 4.04 | 8.18 | 53.07 | (0.00) | 53.07 |
| 56. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 22.39 | 0.00 | 13.44 | 80.61 | (0.00) | 80.61 |
| 57. Clean and deodorize carpet | 195.00 SF | 0.32 | 6.35 | 12.52 | 81.27 | (0.00) | 81.27 |
| **Totals: Upstairs Bedroom** | | | 23.84 | 187.16 | 1,134.95 | 80.19 | 1,054.76 |
| **Total: Interior Damage** | | | 77.57 | 692.42 | 4,192.28 | 313.98 | 3,878.30 |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 58. Residential Supervision / Project Management - per hour | 4.00 HR | 50.30 | 0.00 | 40.24 | 241.44 | (0.00) | 241.44 |
| 59. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 384.97 | 0.00 | 77.00 | 461.97 | (0.00) | 461.97 |
| 60. Temporary toilet (per month) | 1.00 MO | 132.01 | 0.00 | 26.40 | 158.41 | (0.00) | 158.41 |
| 61. Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 150.00 | 0.00 | 30.00 | 180.00 | (0.00) | 180.00 |
| **Totals: General** | | | 0.00 | 173.64 | 1,041.82 | 0.00 | 1,041.82 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 62. Window labor minimum | 1.00 EA | 81.11 | 0.00 | 16.22 | 97.33 | (0.00) | 97.33 |
| 63. Water extract/remediation labor minimum | 1.00 EA | 28.54 | 0.00 | 5.70 | 34.24 | (0.00) | 34.24 |
| 64. Specialty items labor minimum | 1.00 EA | 119.85 | 0.00 | 23.98 | 143.83 | (0.00) | 143.83 |
| 65. Gutter labor minimum | 1.00 EA | 135.31 | 0.00 | 27.06 | 162.37 | (0.00) | 162.37 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 72.96 | 437.77 | 0.00 | 437.77 |
| **Line Item Totals: 029005-RAMIREZ** | | | 367.85 | 2,872.74 | 17,274.02 | 2,053.84 | 15,220.18 |

53-119H-310

**Cecil Parker**

## Grand Total Areas:

| | | |
|---|---|---|
| 2,505.33 SF Walls | 995.44 SF Ceiling | 3,500.78 SF Walls and Ceiling |
| 995.44 SF Floor | 110.60 SY Flooring | 313.17 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 313.17 LF Ceil. Perimeter |
| | | |
| 995.44 Floor Area | 1,102.50 Total Area | 2,505.33 Interior Wall Area |
| 2,962.50 Exterior Wall Area | 329.17 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

**Cecil Parker**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 14,033.43 |
| Material Sales Tax | 326.71 |
| Cleaning Mtl Tax | 3.18 |
| Subtotal | 14,363.32 |
| Overhead | 1,436.37 |
| Profit | 1,436.37 |
| Cleaning Sales Tax | 37.96 |
| **Replacement Cost Value** | **$17,274.02** |
| Less Depreciation | (2,053.84) |
| **Actual Cash Value** | **$15,220.18** |
| **Net Claim** | **$15,220.18** |
| Total Recoverable Depreciation | 2,053.84 |
| **Net Claim if Depreciation is Recovered** | **$17,274.02** |

Cecil Parker

**Cecil Parker**

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
| | 1,436.37 | 1,436.37 | 326.71 | 3.18 | 37.96 | 0.00 | 0.00 |
| **Total** | | | | | | | |
| | **1,436.37** | **1,436.37** | **326.71** | **3.18** | **37.96** | **0.00** | **0.00** |

**Cecil Parker**

## Recap by Room

Estimate: 029005-RAMIREZ

**Area: Exterior Damage**

| | | |
|---|---|---|
| Roof | 8,579.24 | 61.13% |
| Front Elevation | 165.02 | 1.18% |
| Right Elevation | 256.96 | 1.83% |
| Rear Elevation | 158.37 | 1.13% |
| Left Elevation | 218.56 | 1.56% |
| **Area Subtotal:  Exterior Damage** | **9,378.15** | **66.83%** |

**Area: Interior Damage**

| | | |
|---|---|---|
| Master Bedroom | 2,498.34 | 17.80% |
| Upstairs Bedroom | 923.95 | 6.58% |
| **Area Subtotal:  Interior Damage** | **3,422.29** | **24.39%** |
| General | 868.18 | 6.19% |
| Labor Minimums Applied | 364.81 | 2.60% |

| | | |
|---|---|---|
| **Subtotal of Areas** | **14,033.43** | **100.00%** |
| **Total** | **14,033.43** | **100.00%** |

Cecil Parker

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CONT: GARMENT & SOFT GOODS CLN | 81.70 | | 81.70 |
| CLEANING | 216.04 | | 216.04 |
| CONTENT MANIPULATION | 182.91 | | 182.91 |
| GENERAL DEMOLITION | 2,139.67 | | 2,139.67 |
| DRYWALL | 435.20 | 78.69 | 356.51 |
| ELECTRICAL | 52.82 | | 52.82 |
| ELECTRICAL - SPECIAL SYSTEMS | 89.19 | | 89.19 |
| PERMITS AND FEES | 150.00 | | 150.00 |
| HEAT, VENT & AIR CONDITIONING | 336.75 | 67.35 | 269.40 |
| LABOR ONLY | 201.20 | | 201.20 |
| LIGHT FIXTURES | 248.72 | | 248.72 |
| PAINTING | 1,755.96 | 235.15 | 1,520.81 |
| ROOFING | 6,881.35 | 1,585.30 | 5,296.05 |
| SOFFIT, FASCIA, & GUTTER | 271.03 | 27.14 | 243.89 |
| SPECIALTY ITEMS | 159.31 | 7.89 | 151.42 |
| TEMPORARY REPAIRS | 132.01 | | 132.01 |
| WINDOW REGLAZING & REPAIR | 260.95 | 52.18 | 208.77 |
| WINDOW TREATMENT | 246.29 | | 246.29 |
| WINDOWS - WOOD | 81.11 | | 81.11 |
| WATER EXTRACTION & REMEDIATION | 111.22 | 0.14 | 111.08 |
| O&P Items Subtotal | 14,033.43 | 2,053.84 | 11,979.59 |
| Material Sales Tax | 326.71 | | 326.71 |
| Cleaning Mtl Tax | 3.18 | | 3.18 |
| Overhead | 1,436.37 | | 1,436.37 |
| Profit | 1,436.37 | | 1,436.37 |
| Cleaning Sales Tax | 37.96 | | 37.96 |
| Total | 17,274.02 | 2,053.84 | 15,220.18 |